## Cooper, Appellant, *v.* Chernak.

Argued April 17, 1975. *Jack H. France,* with him *Murphy and France,* for appellant; *William D. Phillips,* for appellee.

Order and judgment affirmed.